NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
California Bar No. 222875
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3172
    Facsimile: (213) 894-0142
    E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CV-10399 |
| Plaintiff, | <u>VERIFIED COMPLAINT FOR FORFEITURE</u> |
| v. | |
| $129,780.00 IN U.S. CURRENCY, | 21 U.S.C. § 881(a)(6) |
| Defendant. | [D.E.A.] |

      Plaintiff United States of America brings this claim against defendant $129,780.00 in U.S. Currency, and alleges as follows:

///

## JURISDICTION AND VENUE

1. The government brings this <u>in</u> <u>rem</u> forfeiture action pursuant to 21 U.S.C. § 881(a)(6).

2. This Court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395.

## PERSONS AND ENTITIES

4. The plaintiff in this action is the United States of America.

5. The defendant is $129,780.00 in U.S. Currency (the "defendant currency") seized by law enforcement officers on or about March 7, 2019 during a search conducted at the Barham Road exit of the southbound I-101 freeway in Los Angeles, California of a 2015 Chevrolet Colorado pickup truck registered to and driven by Clayton Burton Davis.

6. The defendant currency is currently in the custody of the United States Marshals Service in this District, where it will remain subject to this Court's jurisdiction during the pendency of this action.

7. The interests of Clayton Burton Davis may be adversely affected by these proceedings.

## BASIS FOR FORFEITURE

8. Drug Enforcement Administration ("DEA") agents and task force officers (collectively referred to as "officers") have been conducting an investigation of a Los Angeles-based narcotics organization. On February 8, 2019, officers obtained a state court order authorizing wiretap interception on one of the narcotics coordinator's cell phone and several other cell phones used by members of the organization.

9. On March 6, 2019, at approximately 9:22 a.m., officers intercepted a call between the narcotics coordinator and a narcotics courier named Melvin Lovester Riley ("Riley") during which the telephone participants discussed the purchase of "four tickets," which is coded language referring to four kilograms of cocaine. Based on this information, officers obtained a state search warrant for the subscriber information, call

details records and GPS location of the telephone used by Riley. Officers intercepted a second call between the narcotics coordinator and Riley at approximately 10:13 a.m. that same day, during which Riley asked for "an extra ticket," referring to an additional kilogram of cocaine, bringing the total to five kilograms that Riley sought to purchase.

10. On March 7, 2019, at approximately 12:23 p.m., officers intercepted a call between the narcotics coordinator and Riley, during which Riley indicated that he was on his way and would arrive in about four hours. Based on GPS cell data of Riley's phone, officers learned that Riley was traveling from Oakland towards Los Angeles in a Lexus IS-350 (the "Lexus") that was traveling on the I-5 freeway in Gorman, California.

11. The Lexus was traveling in tandem with a Chevrolet Colorado (the "Chevy"), which was registered to Clayton Davis ("Davis") at an Oakland, California address. Los Angeles Sheriff's Department ("LASD") deputies conducted a traffic stop on the Lexus and identified Riley as the vehicle's driver and sole occupant.

12. While LASD deputies conducted the traffic stop of the Lexus, officers maintained surveillance on the Chevy. Officers observed that the Chevy's driver frequently changed the vehicle's speed and changed lanes, then abruptly pulled over onto the right shoulder of the southbound I-101 freeway before the Barham Road exit and stopped. Officers approached the driver and sole occupant of the Chevy, who was identified as Davis, and spoke to him.

13. Davis told the officers that he was in Southern California to visit his niece, but he did not know where his niece lived or how to get there. Davis also told the officers that he was in Los Angeles to visit various casinos. Officers found in the Chevy's bed a backpack containing three plastic shopping bags, each housing a large amount of U.S. currency divided and held together with rubber bands, which is consistent with the manner in which narcotics proceeds are packaged. When asked about the currency, Davis stated that he had won $50,000 at a casino in 2017. Officers also located three cans in the bed of the truck – a coffee creamer can, a concrete sealer can and an enamel can. Upon closer examination, the officers observed that the cans

were false compartments, which are frequently used by narcotics traffickers to conceal narcotics and/or money.

14. The U.S. currency found in the Chevy totaled $129,780.00 (i.e., the defendant currency) and consisted of 438 $100 bills, 113 $50 bills, 3,489 $20 bills, 613 $10 bills, 877 $5 bills and 35 $1 bills. The current price for one kilogram of cocaine is approximately $25,000. Therefore, five kilograms of cocaine would cost approximately $125,000.

Criminal Histories

15. Davis and Riley have extensive criminal histories that include convictions and arrests for narcotics sales and theft related offenses.

16. Davis and Riley's criminal histories also reveal that they have known one another for many years and had previously been arrested and charged together as a result of a 2002 investigation. On February 13, 2002, a criminal complaint was filed against Davis, Riley, and a third individual for violations of California Penal Code §§ 459 (burglary); 368 and 664 (attempted theft from an elder/dependent adult); 487(a) and 664 (attempted grand theft); and 532(a) and 664 (attempt to obtain money and property by false pretenses) in San Diego County Superior Court in a case entitled *People v. Davis, et al.*, No. CS166281. On November 7, 2002, the Court found Davis guilty of all counts. The charges were dismissed against Riley and the third individual prior to trial.

17. Based on the above, plaintiff alleges that the defendant currency represents or is traceable to proceeds of illegal narcotic trafficking or was intended to be used in one or more exchanges for a controlled substance or listed chemical, in violation of 21 U.S.C. § 841 et seq. The defendant currency is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, plaintiff United States of America prays:

(a) that due process issue to enforce the forfeiture of the defendant currency;

(b) that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

     (c)    that this Court decree forfeiture of the defendant currency to the United States of America for disposition according to law; and

     (d)    for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: December 9, 2019

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

## VERIFICATION

I, Bradley S. Ubovich, hereby declare that:

1. I am a Task Force Officer with the Drug Enforcement Administration and the case agent for the forfeiture matter entitled United States of America v. $129,780.00 in U.S. Currency.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed December 6, 2019 in Los Angeles, California.

_____
BRADLEY S. UBOVICH